# THOMAS, DROHAN, WAXMAN, PETIGROW & MAYLE, LLP

ATTORNEYS AND COUNSELLORS AT LAW
2517 ROUTE 52
HOPEWELL JUNCTION, NEW YORK 12533

DANIEL PETIGROW
STUART S. WAXMAN*
NEELANJAN CHOUDHURY
DAVID H. STRONG**
MELISSA N. KNAPP**
STEVEN L. BANKS
ALLISON E. SMITH
PAMELA D. BASS**

NINA MASSEN
CASSIDY E. ALLISON
AIMEE B. KATONA
GRACE C. MEI

*OF COUNSEL*
JAMES P. DROHAN
D'ANDREA & GOLDSTEIN
JOAN M. GILBRIDE

Telephone: (845) 592-7000
Fax: (845) 592-7020

www.tdwpm.com

*ADMITTED IN NEW YORK AND NEW JERSEY
**ADMITTED IN NEW YORK AND CONNECTICUT

October 29, 2024

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    M.B. and J.B. v. Katonah-Lewisboro Union Free Sch. Dist.,
             Case No. 24 Civ. 1745 (KMK)

Your Honor:

      We represent Defendant Katonah-Lewisboro Union Free School District in the above-referenced action brought under the Individuals with Disabilities Education Act, in which Plaintiffs challenge an administrative determination of a State Review Officer concerning the placement of a student with a disability.

      At a telephonic court conference held on October 1, 2024, Defendant was directed to request the administrative hearing record from the Office of State Review and to file it by October 31, 2024.

      I have received the administrative hearing record from the Office of State Review, and I write to request permission to file the record under seal. According to the ECF Rules & Instructions, either a motion for leave to file under seal or a sealing order is required before a document can be filed under seal on ECF.

      The administrative hearing record contains copies of educational records and personally identifying information regarding a student with a disability. Therefore, to protect the privacy interests of the student, sealing the record is necessary and proper.

Honorable Kenneth M. Karas                         Page 2
M.B. v. Katonah-Lewisboro UFSD, 24 Civ. 1745 (KMK)
October 29, 2024

      Accordingly, for these reasons, Defendant respectfully requests leave of the Court to the file the administrative hearing record under seal.

                                               Respectfully,

                                               Steven L. Banks

cc:     Meredith Black, Esq. (by ECF)
        Plaintiff J.B. (by ECF)
        Cassidy E. Allison, Esq. (by ECF)

> Counsel should provide authority for sealing the entire record, as opposed to those portions of it that might contain information that should be sealed and also indicate the extent to which the file was publicly available in the proceedings before the IHO and SRO.
>
> So Ordered
> 10/29/24